## DUNN ENTERPRISES v. WELLONS

No. 579P87.

Case below: 87 N.C. App. 293.

Petition by defendant (John H. Wellons) for discretionary review pursuant to G.S. 7A-31 denied 3 February 1988.

## FORTUNE v. FIRST UNION NAT. BANK

No. 552PA87.

Case below: 87 N.C. App. 1.

Motion by plaintiff to dismiss appeal for lack of substantial constitutional question denied 11 February 1988. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 11 February 1988.

## HANCOCK v. BRAY'S RECAPPING SERVICE

No. 580P87.

Case below: 87 N.C. App. 293.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 3 February 1988.

## HARDY v. BRANTLEY CONSTRUCTION CO. AND WELLS v. BRANTLEY CONSTRUCTION CO.

No. 650A87.

Case below: 87 N.C. App. 562.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and App. Rule 16(b) as to additional issues allowed 14 January 1988.

## HOOVER v. CHARLOTTE-MECKLENBURG BD. OF EDUCATION

No. 602P87.

Case below: 87 N.C. App. 417.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 3 February 1988.